IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH MACK and CATINA MACK,** | : | CIVIL ACTION NO. 1:14-CV-90 |
| | : | |
| **Plaintiffs** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PILOT TRAVEL CENTERS, LLC, d/b/a PILOT FLYING J,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of June, 2016, upon consideration of defendant's motion (Doc. 68) *in limine* to exclude evidence of FBI and IRS investigation, the filing of charges against some of defendant's employees, and settlement of claims arising out of diesel fuel rebates, and further upon consideration of plaintiffs' response (Doc. 72), indicating that plaintiffs do not oppose the motion and do not intend to introduce the subject evidence at trial in the above-captioned matter, it is hereby ORDERED that defendant's motion (Doc. 68) *in limine* is GRANTED and neither party shall be permitted to reference or introduce at trial the above-described evidence.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania