# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH MACK and CANTINA MACK, | : | CIVIL ACTION NO. 1:14-CV-90 |
| | : | |
| Plaintiffs | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| PILOT TRAVEL CENTERS, LLC, d/b/a | : | |
| PILOT FLYING J, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 25th day of April, 2017, upon consideration of defendant's motion (Doc. 103) *in limine* to exclude or limit the testimony of plaintiffs' proposed expert witness, and it appearing that the deadline for filing motions *in limine* has passed, (Doc. 65), and the court noting that it addressed this same issue in its order dated July 18, 2016, (Doc. 79), it is hereby ORDERED that:

1. The motion is DENIED without prejudice.

2. Any outstanding objections to expert testimony will be addressed at trial and outside of the presence of the jury.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania